## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | Case No. 1:06CR00025 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SEAN CHRISTOPHER OSBORNE,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the defendant's Motion to Vacate, Set Aside, or Correct Sentence

pursuant to 28 U.S.C. § 2255 is DENIED as untimely; and the § 2255 action is

stricken from the active docket of the court. Based upon the court's finding that

the defendant has not made the requisite showing of denial of a substantial right, a

certificate of appealability is DENIED.

ENTER: March 12, 2014

/s/ James P. Jones
United States District Judge